UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:16-CV-60349-ROSENBERG/HOPKINS

UNITED STATES *ex rel.* CHRISTOPHER KAES,

    Plaintiff,

v.

MEGAWATTAGE GENERATOR SERVICE, INC. *et al.*,

    Defendants.

_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS CAUSE** having come before the Court upon Relator's Notice of Voluntary Dismissal Without Prejudice [DE 34], and the United States of America having filed its Consent to Dismissal Without Prejudice [DE 36], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 20th day of July, 2017.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record